1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD A. PICKLES
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

**FILED**

OCT 30 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8 | IN THE UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,           CASE NO. 2:14-cr-0309 TLN
12 |             Plaintiff,
                                        [PROPOSED] ORDER TO SEAL
13 |        v.
14 | CARISSA CARPENTER                   (UNDER SEAL)
15 |             Defendant.
16 |
17 | The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney TODD A.
18 | PICKLES to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the
19 | arrest of the defendant or until further order of the Court.
20 | Dated:  10/30/14                            _____
21 |                                             The Honorable Dale A. Drozd
                                                UNITED STATES MAGISTRATE JUDGE
22 |
...
28 |

[PROPOSED] ORDER TO SEAL INDICTMENT              1