HEATHER E. WILLIAMS, #122664
Federal Defender
Benjamin D. Galloway, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
benjamin.galloway@fd.org

Attorney for Defendant
Carissa Carpenter

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:14-CR-00309 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| Carissa Carpenter, | DATE:     April 23, 2015<br>TIME      9:30 a.m. |
| Defendant. | JUDGE:    Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Carissa Carpenter, that the status conference scheduled for February 12, 2015 be vacated and be continued to April 23, 2015 at 9:30 a.m.

   The government recently provided approximately 68,000 pages in discovery.  Defense counsel requires additional time to review discovery with the defendant and pursue investigation.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including April 23, 2015,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

DATED: February 6, 2015               Respectfully submitted,
                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ Benjamin D. Galloway*
                                      Benjamin D. Galloway
                                      Assistant Federal Defender
                                      Attorney for Carissa Carpenter

DATED: February 6, 2015               BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Benjamin D. Galloway for*
                                      Todd Pickles
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 23, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the February 12, 2015 status conference shall be continued until April 23, 2015, at 9:30 a.m.

Dated: February 9, 2015

_____
Troy L. Nunley
United States District Judge