HEATHER E. WILLIAMS, #122664
Federal Defender
Benjamin D. Galloway, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
benjamin.galloway@fd.org

Attorney for Defendant
Carissa Carpenter

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>Carissa Carpenter,<br><br>                    Defendant. | Case № 2:14-CR-00309 TLN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE<br><br>JUDGE:          Hon. Edmund F. Brennan |

          IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather

Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway,

attorney for Carissa Carpenter, that the conditions of pretrial release imposed on November 20,

2014 be modified to remove special condition number 9, which requires that Ms. Carpenter

submit to drug and/or alcohol testing.  Ms. Carpenter has been subject to drug testing since her

release in November of 2014.  The Pretrial Services Officer has indicated that all of her tests

have been negative, and travel to and from testing has presented a hardship in light of Ms.

Carpenter's health issues.  For the foregoing reasons, the parties hereby agree and request that

the conditions of pretrial release be modified to remove special condition number 9, the

drug/alcohol testing condition.  The Pretrial Services Officer has no objection to this proposed

modification.

DATED: April 3, 2015                    Respectfully submitted,
                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Benjamin D. Galloway*
                                        Benjamin D. Galloway
                                        Assistant Federal Defender
                                        Attorney for Carissa Carpenter

DATED: April 3, 2015                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Benjamin D. Galloway for*
                                        Todd Pickles
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                                    ORDER

        IT IS HEREBY ORDERED that special condition number 9, the drug/alcohol testing

condition previously imposed, is hereby removed.  All other previously imposed conditions of

supervised release remain in effect.

Dated: April 3, 2015.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE