HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org

Attorney for Defendant
Carissa J. Carpenter

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:14-cr-00309 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CARISSA J. CARPENTER, | DATE:   December 17, 2015<br>TIME    9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Todd A. Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Carissa J. Carpenter, that the status conference scheduled for July 30, 2015 be vacated and be continued to December 17, 2015 at 9:30 a.m.

Discovery produced in this case is voluminous and includes a recent production of over 4,000 additional pages.  The defense is in the process of reviewing and analyzing discovery, and has retained the services of a forensic accountant to assist in that process.  In addition, the defense is conducting investigation based on the contents of discovery and other documents.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 17, 2015,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Code T4 based upon continuity of counsel and defense preparation.

DATED: July 27, 2015                    Respectfully submitted,
                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Benjamin D. Galloway
                                        Benjamin D. Galloway
                                        Assistant Federal Defender
                                        Attorney for Carissa J. Carpenter

DATED: July 27, 2015                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Todd A. Pickles
                                        Todd A. Pickles
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 30, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the July 30, 2015 status conference shall be continued until December 17, 2015, at 9:30 a.m.

Dated:  July 27, 2015

                                        Troy L. Nunley
                                        United States District Judge