LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:   (916) 446-7104

Attorney for Defendant
CARISSA J. CARPENTER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00309-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| vs. | |
| CARISSA J. CARPENTER, | DATE:   July 29, 2016 |
| Defendant. | TIME:   9:00 a.m. |
| | JUDGE:  Garland E. Burrell, Jr. |

Plaintiff United States of America, by and through Assistant United States Attorney Todd A. Pickles, and defendant Carissa J. Carpenter, by and through counsel Scott L. Tedmon, hereby agree and stipulate as follows:

1. This matter is currently set for status conference on July 29, 2016 at 9:00 a.m.

2. By this stipulation, the parties now move to continue the status conference to Friday, September 30, 2016 at 9:00 a.m., and to exclude time between July 29, 2016 and September 30, 2016 under Local Code T4.  At the September 30, 2016 status conference, the parties anticipate the case will either resolve or a trial date will be set.

3. The parties agree and stipulate, and request the Court find the following:

   a) On January 22, 2016, the Court ordered that Scott L. Tedmon be substituted in as counsel of record for defendant Carissa J. Carpenter, replacing former counsel of record Benjamin D. Galloway.

   b) The government has produced in excess of 60,000 pages of discovery in this case. In addition to the voluminous government discovery, the Office of the Federal Defender provided two banker boxes of documents to Mr. Tedmon after his appointment to represent Ms. Carpenter. While Mr. Tedmon has reviewed a significant volume of documents since January, he needs additional time to continue to review and analyze the voluminous discovery, meet and confer with Ms. Carpenter, identify and develop investigative needs, and prepare her defense. Additionally, Mr. Tedmon needs additional time to meet and confer with the government regarding the ongoing status of the case.

   c) Mr. Tedmon believes the failure to grant the above-requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) Based on the foregoing, the ends of justice served by continuing the case regarding defendant Carissa J. Carpenter as requested outweigh the best interest of the public and defendant Carissa J. Carpenter in a speedy trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2016 to September 30, 2016, inclusive, is deemed excludable pursuant

to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant Carissa J. Carpenter's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant Carissa J. Carpenter in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  July 25, 2016          PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ Todd A. Pickles
                               TODD A. PICKLES
                               Assistant United States Attorney

DATED:  July 25, 2016          LAW OFFICES OF SCOTT L. TEDMON

                               /s/ Scott L. Tedmon
                               SCOTT L. TEDMON
                               Attorney for Defendant Carissa J. Carpenter

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  July 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge