PHILLIP A. TALBERT
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00309 GEB |
|---|---|
| Plaintiff, | STIPULATION TO SET TRIAL AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| CARISSA CARPENTER, | |
| Defendant. | DATE: September 30, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Carissa Carpenter, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on September 30, 2016.

2. By this stipulation, defendant and the United States jointly request that this matter be set for a jury trial on June 6, 2017 at 9:00 a.m., with a trial confirmation hearing set for April 28, 2017 at 9:00 a.m. The parties presently estimate the trial will take approximately twelve (12) court days.

3. The parties further request a deadline for any motions governed by Rule 12(b) of the Federal Rules of Criminal Procedure be set for January 13, 2017.

4. By this stipulation, defendant further moves to exclude time between September 30, 2016, and June 5, 2017, under Local Code T4.

5. The parties agree and stipulate, and request that the Court find the following:

        a)     The government has represented that the discovery associated with this case includes approximately 64,000 pages of individually-labeled discovery as well as several thousands of pages of documents contained in boxes obtained during a search of the defendant's residence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)     Counsel for defendant, who was substituted in as counsel of record on January 26, 2016, desires additional time continue to review discovery, to investigate the case, to research potential trial motions, and to otherwise prepare the matter for trial.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2016 to June 5, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

REQUEST TO SET JURY TRIAL AND STIPULATION
REGARDING EXCLUDABLE TIME; PROPOSED ORDER

2

IT IS SO STIPULATED.

Dated:  September 27, 2016
PHILLIP A. TALBERT
Acting United States Attorney

/s/ Todd A. Pickles
TODD A. PICKLES
Assistant United States Attorney

Dated:  September 27, 2016
/s/ Scott L. Tedmon, Esq.
SCOTT L. TEDMON, ESQ.
Counsel for Defendant
CARISSA CARPENTER

**FINDINGS AND ORDER**

This matter came before the Court on the parties' stipulation and request to set this matter for trial and to exclude time.  For the reasons stated above, and for good cause showing, the COURT hereby adopts the proposed schedule and ORDERS that this matter be set for a jury trial to commence on **June 6, 2017** at **9:00 a.m.**, with a trial confirmation hearing set for **April 28, 2017** at **9:00 a.m.**  Any pretrial motions governed by Rule 12(b) of the Federal Rules of Criminal Procedure shall be filed on or before **January 13, 2017**.  The Court further adopts the parties' stipulation with respect to excludable time, and finds that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 30, 2016 to June 5, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO FOUND AND ORDERED.

Dated:  September 27, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge