JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CARISSA CARPENTER

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARISSA CARPENTER,<br><br>    Defendant. | CR NO. S-14-0309 GEB<br><br>UNOPPOSSED REQUEST AND ORDER TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE |

Carissa Carpenter, by and through her attorney, John R. Manning, hereby requests the conditions of her release be modified by deleting Special Condition of Release #7: *"You shall seek and/or maintain employment, or enroll in approved educational program, and provide proof of the same as requested by your pretrial services officer;"*

Ms. Carpenter's ongoing, chronic, health issues make compliance with this condition impossible. Both Ms. Carpenter's Pretrial Services Officer, Tai Gaskins, and Assistant United States Attorney, Todd A. Pickles, have been consulted regarding this request and neither has an objection to this request.

///

1

| | |
|---|---|
| Dated:  February 7, 2017 | Respectfully submitted,<br><br>/s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Carissa Carpenter |

IT IS SO ORDERED.

Dated:  February 7, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE