```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CARISSA CARPENTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br><br>CARISSA CARPENTER,<br><br>     Defendant. | ) No. CR-S-14-309 GEB<br>)<br>)<br>) AMENDED STIPULATION TO<br>) CONTINUE TRIAL<br>) DATE AND REGARDING<br>) EXCLUDABLE TIME PERIODS<br>) UNDER SPEEDY TRIAL ACT;<br>) [PROPOSED] FINDINGS AND ORDER<br>)<br>)<br>) Date:   August 7, 2018<br>) Time:   9:00 a.m.<br>) Judge:  Hon. Garland E Burrell, Jr. |

The United States of America through its undersigned counsel, Todd A. Pickles, Assistant United States Attorney, together with counsel for defendant Carissa Carpenter, John R. Manning, Esq., hereby stipulate the following:

   1. By previous order, this matter was set for jury trial on June 6, 2017.

   2. By this stipulation, defendants now move to continue the jury trial to August 7, 2018 and to exclude time between June 6, 2017 and

1

August 7, 2018 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties further request the deadline for any motions governed by Rule 12(b) of the Federal Rules of Criminal Procedure be set for April 20, 2018, with a reply deadline of May 4, 2018, a response deadline of May 11, 2018, and the motion hearing set for May 18, 2018. Additionally, the trial confirmation hearing set for June 29, 2018.

4. The parties agree and stipulate, and request the Court find the following:

    a. This case includes approximately 70,000 pages of individually-labeled discovery as well as several thousands of pages of documents contained in boxes obtained during a search of the defendant's residence.

    b. Counsel for the defendant was appointed on January 17, 2017 and therefore needs additional time to review the discovery, conduct investigation, and prepare for trial.

    c. Counsel for the defendant is involved in United States v. Shehadeh at al (16-038 MCE) scheduled for a 12 week jury trial beginning September 25, 2017 (involving three defendants and 107,000 pages of discovery).

    d. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The Government does not object to the continuance.

    f. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 6, 2017 to August 7, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 23, 2017                  /s/  John R. Manning  
                                                     JOHN R. MANNING  
                                                    Attorney for Defendant  
                                                    Carissa Carpenter

///

///

```
Dated:   February 23, 2017              Phillip A. Talbert
                                        United States
                                        Attorney

                                   by:  /s/  Todd A. Pickles
                                        TODD A. PICKLES
                                        Assistant U.S. Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:   February 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge