UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-309-GEB |
|---|---|
| Plaintiff, | **ORDER SEALING DEFENDANT CARPENTER'S LETTER DATED MARCH 6, 2018** |
| v. | |
| CARISSA CARPENTER, | |
| Defendant. | |

The undersigned judge received a letter from Defendant dated March 6, 2018, in which she seeks another appointed attorney under the Criminal Justice Act and another investigator. This letter shall be filed under seal and served only on Defendant's attorney. Further, the "Docket Text" concerning this sealing shall state "Defendant's letter concerning her appointed counsel."

Dated: March 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1