```
 1  JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
 2  1111 H Street, # 204
    Sacramento, CA. 95814
 3  (916) 444-3994
    Fax (916) 447-0931
 4
 5  Attorney for Defendant
    CARISSA CARPENTER
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      ) No. CR-S-14-309 GEB
                                   )
11       Plaintiff,                )
                                   ) STIPULATION TO
12  v.                             ) CONTINUE TRIAL CONFIRMATION
                                   ) HEARING;[PROPOSED] FINDINGS AND
13                                 ) ORDER
                                   )
14                                 )
    CARISSA CARPENTER,             ) Date:   July 6, 2018
15                                 ) Time:   9:00 a.m.
         Defendant.                ) Judge:  Hon. Garland E Burrell, Jr.
16                                 )
                                   )
17
18  _____
19       The United States of America through its undersigned counsel,
20  Todd A. Pickles, Assistant United States Attorney, together with
21  counsel for defendant Carissa Carpenter, John R. Manning, Esq., hereby
22  stipulate the following:
23    1. By previous order, this matter was set for a trial confirmation
24  hearing on June 29, 2018.
25    2. By this stipulation, defendant now moves to continue the trial
26  confirmation hearing to July 6, 2018. Time has previously been waived
27
28  to the trial date of August 7, 2018.


                                     1
```

3. The parties agree and stipulate, and request the Court find the following:

   a. This case includes approximately 70,000 pages of individually-labeled discovery as well as several thousands of pages of documents contained in boxes obtained during a search of the defendant's residence.

   b. The parties are actively negotiating a resolution. Because Ms. Carpenter is housed at the Southern Nevada Detention Center in Pahrump, Nevada, communicating the plea offer and the as yet unavailable draft plea agreement with Ms. Carpenter requires counsel for Ms. Carpenter to travel to Pahrump, Nevada, to review the material with her. As such, the parties are requesting the one week continuance noted herein to allow for such communication.

   c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

Dated:  June 20, 2018                    /s/  John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Carissa Carpenter


Dated:  June 20, 2018                    McGregor W. Scott
                                         United States Attorney

                                    by:  /s/  Todd A. Pickles
                                         TODD A. PICKLES
                                         Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 21, 2018


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge