IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARISSA CARPENTER,<br><br>    Defendant. | No. CR-S-14-309 GEB<br><br>ORDER DENYING MOTION DEFENDANT CARISSA CARPENTER MOTION TO APPEAR AT THE TRIAL CONFERMATION HEARING VIA SOME FORM OF ELECTRONIC COMMUNICATION |

Defendant's motion to appear at the Trial Confirmation Hearing via some form of electronic communication is denied.

Dated: June 28, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge