UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>CARISSA CARPENTER,<br>　　　　Defendant. | No. 2:14-cr-309-GEB<br><br>**ORDER** |

　　　　During Carissa Carpenter's court proceeding on July 6, 2018, a Court Security personnel observed a spectator recording a portion of the proceeding on an Android cellular phone. A Court Security officer took the cellular phone from the spectator and gave it to me. I then communicated with the spectator on the public record about what she had recorded, and the spectator admitted to recording a portion of the proceeding and stated she did not know the recording was prohibited. I explained to the spectator that the cellular phone would be given to the Information Technology Department("IT"), and the spectator was informed it would expedite the return of her phone if she assisted the IT Department in locating and deleting the recording. The spectator was also informed where in the courthouse the IT Department is located, and that she could seek to communicate with IT by contacting the Clerk's Office on the fourth floor of the

1

courthouse.

Local Rule l73(a) prescribes: "[a]ll forms, means, and manner of taking photographs, tape recordings, broadcasting, or televising are prohibited in all courtrooms and the corridors adjacent thereto in the United States Courthouse Buildings during the course of, or in connection with, any judicial proceedings, whether the Court is actually in session or not." L.R. 173(a).

Dated: July 6, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge