UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARISSA CARPENTER,<br><br>　　　　Defendant. | No.　2:14-cr-309-GEB<br><br><br>**ORDER** |

An order issued on July 6, 2018, concerning a Court Security Officer's observation of a spectator recording on a cellular phone a portion of the proceeding in the above captioned case. ECF No. 93. The cellular phone was taken from the spectator and given to the Information Technology Department("IT") for deleting what was recorded during the proceeding. The spectator went to the fourth floor of the courthouse to retrieve her cellular phone where she eventually stood adjacent to IT personnel whom she assisted to gain access to her cellular phone by inputting her passcode to unlock the cellular phone. IT found two recordings on the cellular phone, one from July 6, 2018 and another from May 17, 2018. IT erased the July 6, 2018 recording of the court proceeding and provided the court the attached verification of the erasure. The attached photo reflects the recording that was deleted from the spectator's phone. IT did not access or delete the May 17,

1

2018 recording.  IT looked for other recording apps on the cellular phone and found no other apps.  IT informed the undersigned that the spectator was adjacent to IT during its investigation of the cellular phone, and the spectator was able to observe IT's actions during the duration of its involvement with her cellular phone.  Thereafter, the spectator retrieved her phone.

The spectator informed IT she is a news reporter, she left her notepad at home, and this is the first time she has used her mobile device in the courtroom.

Dated: July 6, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2