UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CARISSA CARPENTER, <br> Defendant. | No. 2:14-cr-0309 GEB <br><br> ORDER |

Defendant is currently incarcerated at the Nevada Southern Detention Center ("NSDC"). On July 12, 2018, defendant entered a guilty plea and is awaiting sentencing. On August 1, 2018, Judge Burrell referred defendant's amended motion for medical services to the duty magistrate judge, currently the undersigned.

The undersigned has reviewed defendant's amended motion (ECF Nos. 107[1]), the government's response (ECF Nos. 108), and defendant's reply (ECF No. 105). Defendant seeks an order directing the U.S. Marshal's Service ("USMS") to transport her to certain medical

////

---

[1] The motion was originally filed on July 25, 2018 and considered by the prior duty magistrate judge. That judge determined that she may not have authority to rule on the motion and recommended its renewal before the district judge. An amended motion was filed before the district judge. (ECF No. 103.) The district judge then referred the motion back to the magistrate judge on duty. Defendant refiled the motion as an amended motion before this court on August 3. (ECF No. 107.)

1

professionals in southern Nevada near NSDC. The court finds defendant has not met her burden of establishing either a legal or factual basis for the motion.

First, defendant fails to show that the USMS is the appropriate agency for such an order. If it is not, does this court have jurisdiction to order NSDC, located in the District of Nevada, to provide defendant with certain care or must defendant file an action in that district?

Second, defendant completely fails to establish a factual basis for this motion. Defendant fails to provide facts showing she has not received appropriate medical care at NSDC, fails to provide facts supporting the health problems she alleges, and fails to provide facts supporting the need for the care she seeks.

The court will permit defendant to supplement her motion to address these concerns.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within twenty days of the date of this order, defendant shall file a supplement to her amended motion for medical services to address the court's concerns stated above;
2. Within ten days of the date of service of defendant's supplement, the government shall file a response. Defendant's reply, if any, is due within five days of the date of service of the government's response.

Dated: August 6, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders.criminal/carp0309.mot supp

2