McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00309 GEB |
| Plaintiff, | STIPULATION AND REQUEST TO AMEND SCHEDULE FOR DISCLOSURE AND OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT; PROPOSED ORDER |
| v. | |
| CARISSA CARPENTER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Carissa Carpenter, by and through defendant's counsel of record, hereby stipulate and request as follows:

1. On July 12, 2018, Carpenter pleaded guilty to Counts 1, 8, and 31. This matter was set for a judgment and sentencing hearing on September 28, 2018 at 9:00 a.m. [Dckt. No. 96]. The Court subsequently issued an order setting forth the schedule for disclosure and objections, if any, to the presentence investigation report (PSR) [Dckt. No. 97].

2. In order to provide the Probation Office sufficient time to complete preparation of the PSR, by this stipulation, defendant and the United States jointly agree and request that the due dates for disclosure and objections to the PSR be amended as follows:

| | |
|---|---|
| Disclosure of Draft PSR to All Counsel | August 24. 2018 |
| Written (Informal) Objections to PSR to Probation Officer and All Counsel | September 7, 2018 |
| Disclosure of Final PSR to the Court and All Counsel | September 14, 2018 |
| Motion to Correct PSR Filed with the Court | September 21, 2018 |
| Reply or Statement of Non-Opposition to any Motions to Correct PSR Filed with the Court | September 25, 2018 |

The date for judgment and sentencing shall remain as previously set for September 28, 2018.

IT IS SO STIPULATED AND REQUESTED.

Dated: August 20, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

Dated: August 20, 2018

*/s/ John R. Manning (as authorized on 8/20/2018)*
JOHN R. MANNING, ESQ.
Counsel for Defendant
CARISSA CARPENTER

**[PROPOSED] ORDER**

For good cause showing, the Court hereby ADOPTS the parties' stipulation and AMENDS the schedule for disclosure and objections to the Presentence Investigation Report consistent with the dates set forth in the parties' stipulation.

IT IS SO FOUND AND ORDERED.

Dated: August 20, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge