```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
CARISSA CARPENTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:14 CR 309 GEB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) CONTINUING JUDGMENT AND SENTENCING |
| CARISSA CARPENTER, | ) Date: November 9, 2018 |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |
| | ) Time: 9:00 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter was set for September 28, 2018. Counsel for defendant Carissa Carpenter requests the date for judgment and sentencing be continued to November 9, 2018 at 9:00 a.m. Assistant U.S. Attorney Todd Pickles has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:** **11/9/18**

   Reply, or Statement of Non-Opposition: 11/2/18

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later
   than: 10/26/18

|     |                                                                                                              |          |
| --- | ------------------------------------------------------------------------------------------------------------ | -------- |
|     | The Presentence Report shall be filed with the Court and disclosed to counsel no later than:                 | 10/19/18 |
|     | Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 10/12/18 |
|     | The Presentence Report shall be filed with the Court And disclosed to counsel no later than:                 | n/a      |

Dated: September 6, 2018            /s/  John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Carissa Carpenter

Dated: September 6, 2018            McGregor W. Scott
                                    United States Attorney

                                    by: /s/  Todd Pickles
                                    TODD PICKLES
                                    Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 7, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge