```
 1  JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
 2  1111 H Street, #204
    Sacramento, CA 95814
 3  (916)444-3994
    jmanninglaw@yahoo.com
 4
    Attorney for Defendant
 5  CARISSA CARPENTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:14 CR 309 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) CONTINUING JUDGMENT AND SENTENCING |
| CARISSA CARPENTER, | ) Date: November 9, 2018 |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) Time: 9:00 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is set for November 9, 2018. Counsel for defendant Carissa Carpenter requests the date for judgment and sentencing remain the same, however the defense would like to amend the deadlines pertaining to the presentence report. Assistant U.S. Attorney Todd Pickles has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                              **11/9/18**

   Reply, or Statement of Non-Opposition:                         11/6/18

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the

| | |
|---|---|
| Probation Officer and opposing counsel no later than: | 11/5/18 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/29/18 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 10/22/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

Dated:

JOHN R. MANNING
Attorney for Defendant
Carissa Carpenter

Dated:

McGregor W. Scott
United States Attorney

by:
TODD PICKLES
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 18, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge