UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00309-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER SEALING TWO-PAGE DOCUMENT** |
| CARISSA CARPENTER, | |
| Defendant. | |

The United States submitted for in camera review a two-page document that it intends the judge in sentencing, instead of the restitution attachment to the Presentence Investigation Report (PSR) [Dckt. No. 121]." The United States argues, "[b]ecause this document replaces an attachment to the PSR, it is the position of the United States that this document is confidential pursuant to Local Rule 460(a), unless as ordered by the Court." This two-page document shall be filed under seal under Local Rule 460(a).

Dated: November 8, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1