Timothy E. Warriner (SB#166128)
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Carissa Carpenter

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARISSA CARPENTER, ) <br> ) <br> Defendant ) | No. 2:14-cr-00309 GEB <br><br> STIPULATION AND [PROPOSED] ORDER FOR TRANSCRIPTS OF IN CAMERA PROCEEDINGS |

On January 5, 2018, and March 16, 2018, the court held an in camera hearing concerning status of counsel.

Defense counsel requests a court order that the above in camera proceedings be transcribed and provided, at this time, only to defense counsel. In the event defense counsel references, in appellant's briefing in the 9th Circuit, any part or parts of the January 5, 2018 or March 16, 2018 in camera proceedings, the parties agree and stipulate that without the need for additional court order, the court reporter can then provide a transcript of the referenced proceeding to the Assistant United States Attorney.

DATED: January 11, 2019  /s/ Timothy E. Warriner, Attorney for
 Defendant, Carissa Carpenter

DATED: January 11, 2019  /s/ Rosanne Rust, Assistant U.S. Attorney

1

IT IS SO ORDERED

Dated: January 14, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge