UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00309-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AUTHORIZING USE OF NAMED VICTIMS' INITIALS IN TRANSCRPT OF NOVEMBER 16, 2018 SENTENCING HEARING** |
| CARISSA CARPENTER, | |
| Defendant. | |

  The Court Reporter preparing a transcript of the November 16, 2018 sentencing hearing in this case has inquired whether the court desires the transcript to reference each named victim by their initials or by each victim's name stated at said sentencing hearing. As stated in the order ruling on restitution amounts filed November 19, 2019: "The victims [shall be] referenced by their initials for privacy reasons . . . since such sentencing information is not typically placed on the public docket." RULINGS ON THE LOSS AND RESTITUTION AMOUNTS TO BE INCLUDED IN THE PRESENTENCE REPORT at 2 n.3, ECF No. 141.

  Dated: February 5, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1