Timothy E. Warriner (SB#166128)
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Carissa Carpenter

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARISSA CARPENTER,<br><br>    Defendant | No. 2:14-cr-00309 GEB<br><br>[PROPOSED] ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT |

    Defendant Carissa Carpenter, through counsel, hereby applies for an order appointing attorney Timothy E. Warriner as counsel of record with respect to a motion to reduce sentence under Section 404 of the First Step Act. Mr. Warriner is presently Ms. Carpenter's attorney on direct appeal to the Ninth Circuit. Ms. Carpenter has requested that Timothy E. Warriner represent her in this matter. The Office of the Federal Defender supports this appointment.

                                      Respectfully submitted,

DATED: March 29, 2019           /s/ Timothy E. Warriner,
                                              Attorney seeking appointment for
                                             Defendant, Carissa Carpenter

IT IS SO ORDERED.
Dated: March 29, 2019

                                             _____
                                             GARLAND E. BURRELL, JR.
                                             Senior United States District Judge