UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00309-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR APPOINTMENT OF ADDITIONAL COUNSEL UNDER THE CRIMINAL JUSTICE ACT** |
| CARISSA CARPENTER, | |
| Defendant. | |

On April 5, 2019, Carissa Carpenter, who is currently serving a federal prison sentence and has been appointed counsel for direct appeal issues, filed a conclusory request for appointment of another counsel under the Criminal Justice Act. However, Ms. Carpenter has not shown she is entitled to another appointed counsel. Therefore, the request is denied.

Dated: April 12, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1