UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

          Plaintiff,

    v.

CARISSA CARPENTER,

          Defendant.

No. 2:14-cr-00309-GEB

**ORDER FILING LETTER**

       On May 3, 2019, federal inmate and appellant Carissa Carpenter filed a letter to which she attached a list of her past and current health issues. ECF No. 163. Ms. Carpenter asks the district judge in the May 3, 2019 letter to "push Mr. Warriner [, her appointed counsel,] to contact [her] or if he is [too] busy [to] replace him."

       On June 12, 2019, the district judge received another letter from Ms. Carpenter dated June 6, 2019. Ms. Carpenter attached the same list of her past and current health issues to this letter that she attached to her May 3, 2019 letter. Ms. Carpenter incorrectly states in her June 6, 2019 letter that the district judge appointed Mr. Warriner to assist in a compassionate release request she indicates she is pursuing in a Texas federal prison. The district judge appointed Mr. Warriner for Ms. Carpenter's direct appeal and for a motion to reduce her sentence under Section 404 of the First Step Act.

1

Since Ms. Carpenter's direct appeal is pending in the Ninth Circuit and she is incarcerated in Texas, Ms. Carpenter has not shown that the district judge has authority to issue an order that concerns her direct appeal or an order that concerns the prison where she is incarcerated.

The Clerk of the Court shall file Ms. Carpenter's June 6, 2019 letter on the public docket. However, since the attachment to that letter is the same as the attachment to the May 3, 2019, the attachment will not be filed.

Further a copy of this order shall be served on Ms. Carpenter at the address on the envelop in which her June 6, 2019 letter was placed.

Dated:  June 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge