UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-309-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CARISSA CARPENTER, | |
| Defendant. | |

The Clerk of Court shall file on the public docket Carissa Carpenter's "EMERGENCY MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(C)(1)(A), AS AMENDED BY THE FIRST STEP ACT OF 2018," except for the portion of the document following Ms. Carpenter's signature page, and which has been attached to the Presentence Report in this action in Document 115, filed on 09/28/18 as ECF page 29 of 34, and is page 29 in the document. All documents shall be served on attorney Timothy Warriner, since Mr. Warriner is Ms. Carpenter's counsel for a motion to reduce sentence under Section 404 of the First Step Act. Order filed April 1, 2019, ECF No. 160.

Dated: October 17, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1