McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTINA M. McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00309-GEB |
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| CARISSA CARPENTER, | |
| Defendant. | |

On November 14, 2019, the Government requested a 14-day extension of time to file a response to Defendant's motion for compassionate release.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due December 2, 2019. Any reply shall be filed no later than December 13, 2019.

Dated: November 15, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1