McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTINA M. McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARISSA CARPENTER, <br><br> Defendant. | CASE NO. 2:14-CR-00309-GEB <br><br> ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME AND DISMISSING GOVERNMENT'S MOTION TO DISMISS DEFENDANT'S MOTION FOR SENTENCING REDUCTION BASED UPON LACK OF SUBJECT MATTER JURISDICTION |

On November 26, 2019, the Government notified the Court that it was withdrawing its motion to dismiss defendant, Carissa Carpenter's, motion for compassionate release due to a lack of subject matter jurisdiction (ECF No. 182). The government also requested an extension of time until December 17, 2019 to file a response to the defendant's motion for compassionate release, based partially upon the attempt to obtain a declaration from a treating physician at the defendant's place of incarceration.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due December 17, 2019. The previously-filed motion at ECF No. 182 is hereby dismissed as moot, based upon the Ninth Circuit's dismissal of the defendant's appeal.

Dated: November 27, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge