|   |   |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-309-GEB |
| Plaintiff, | |
| v. | **ORDER** |
| CARISSA CARPENTER, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Federal prisoner Carissa Carpenter filed a motion on October 15, 2019 under the First Step Act of 2018 seeking immediate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), which provides for compassionate release in extraordinary and compelling circumstances. Carpenter has been appointed counsel to represent her under the First Step Act, but she has insisted in certain filings that she is proceeding pro se. See CARPENTER'S EMERGENCY MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(C)(1)(A), AS AMENDED BY THE FIRST STEP ACT OF 2018, filed October 15, 2019, ECF 172(Carpenter states she is proceeding pro se), Letter filed November 1 2019, ECF 174 (Carpenter states she "sent a motion to Judge Burrell on October 8, 2019 to be Pro Se and for Compassionate Release Sentence!").

1

The United States filed an opposition to the motion on December 17, 2019 arguing:

> Carpenter claims that she meets the 'qualifying criteria' for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), but her motion fails to establish that extraordinary and compelling reasons warrant a reduction in her sentence from 78 months to the approximately 28 months that she has served to date. Carpenter's medical condition does not meet the applicable Sentencing Commission policy statement contained in § 1B1.13, because, as set forth below, she is: not suffering from a terminal illness (Application Note 1(A)(i)); not suffering from a serious functional or cognitive impairment or a medical condition that substantially diminishes her ability to provide self-care within the correctional facility and from which she is not expected to recover (Application Note 1(A)(ii)); is under age 65 (Application Note 1(B)); and does not have a minor child (Application Note 1(C)). The medical records provided under seal as Exhibit 21 and the Declaration from Dr. Charles Langham, the Clinic Director at FMC Carswell (Exhibit 1) conclusively establish that, although Carpenter has a number of chronic medical conditions, her conditions

are not life-threatening and do not limit her self-care
ability. Exhibit 1 ¶¶ 6-7. Carpenter is receiving
appropriate medical treatment, her overall health
condition is medically stable, and FMC Carswell is
capable of providing proper care for her through a
variety of medical specialists. Id. at ¶ 10.
Carpenter's medical condition is not terminal and she
does not suffer from a serious functional or cognitive
impairment. Id. ¶¶ 6-7. Carpenter is able to provide
self-care within the Carswell facility and is not
confined to a bed or a chair. Id. Carpenter's
pacemaker is functioning normally, and a device check
performed on September 20, 2019 showed an estimated
longevity of three years and a battery status of good.
Id. ¶ 9. For all of these reasons, Carpenter fails to
show that there are extraordinary and compelling
reasons to reduce her 78-monthsentence to time-served.

Gov't's Opp at 1:22-28, 2:1-15, ECF 191.

Carpenter's assertions do not provide a basis for a finding that her medical condition satisfies the criteria for compassionate release. Carpenter's medical records sealed as Exhibit 21 and the Declaration from Dr. Charles Langham, the Clinic Director at FMC Carswell, evince that Carpenter's medical conditions are not life-threatening and should not limit her

self-care ability. This evidence reveals Carpenter is receiving appropriate medical treatment, her overall health condition is stable, and she is receiving proper care. For the stated reasons it has not been shown that extraordinary and compelling circumstances exist justifying compassionate release. Therefore, the motion is denied.

Dated: December 20, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge