UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CARISSA CARPENTER,<br><br>Movant. | No. 2:14-cr-00309-TLN-EFB<br><br>[related case: 2:19-cv-02464-TLN-EFB]<br><br>**ORDER** |

Movant Carissa Carpenter ("Movant"), proceeding *pro se*, has filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.[1] (ECF No. 189.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 10, 2020, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 203.) Neither party has filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

---

[1] At the time of filing, Movant was represented by a court-appointed attorney but filed the motion herself.

1

reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 10, 2020 (ECF No. 203), are adopted in full;

2. Movant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 189) is DISMISSED;

3. Movant's Motion to Replace Appeal Lawyer (ECF No. 166) is DENIED;[2]

4. The Clerk of the Court is directed to close the companion civil case, No. 2:19-cv-02464-TLN-EFB; and

5. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

DATED: April 10, 2020

_____
Troy L. Nunley
United States District Judge

---

[2] To the extent the Order and Findings and Recommendations do not address an additional motion to appoint new counsel filed by Movant on June 21, 2019 (ECF No. 166), the Court finds denial of this motion is appropriate based on the magistrate judge's Order denying all similar motions to appoint new counsel. (*See* ECF No. 203 at 3 (denying motions at ECF Nos. 198, 201, and 202).) Further, the Court subsequently issued an order appointing new counsel to represent Movant on appeal, thus rendering her motion moot. (ECF No. 204.) Therefore, the "Motion to Replace Appeal Lawyer" (ECF No. 166) is DENIED.

2