**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Movant
CARISSA CARPENTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:14-CR-00309-TLN-EFB-1 |
| Respondent, | **ORDER** |
| v. | |
| **CARISSA CARPENTER ,** | |
| Movant. | |

## ORDER

For the reasons set forth in the accompanying motion and declaration of counsel, and good cause appearing, Attorney Erin J. Radekin's present appointment is expanded so that she may represent Carissa Carpenter in an emergency motion for compassionate release under the First Step Act pursuant to 18 U.S.C. § 3582(c)(1)(A).

IT IS SO ORDERED.

Dated: May 5, 2020

_____
Troy L. Nunley
United States District Judge

1