IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>CARISSA CARPENTER,<br><br>                  Defendant. | CASE NO. 2:14-cr-00309-TLN<br><br>ORDER SEALING DOCUMENTS |

      Pursuant to Local Rule 141(b), and based upon the representation contained in Defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit C of Defendant's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)—to wit, an excerpt of the defendant's medical records—shall be sealed under further order of this court.

      IT IS SO ORDERED.

DATED: May 11, 2020

                                                                Troy L. Nunley<br>
                                                                United States District Judge