**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
CARISSA CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br>  Plaintiff, <br><br> v. <br><br> **CARISSA CARPENTER,** <br><br>  Defendant. | CASE NO. 2:14-CR-309-TLN-EFB <br><br> **STIPULATION AND ORDER MODIFYING DUE DATE FOR REPLY TO GOVERNMENT'S OPPOSITION TO EMERGENCY MOTION FOR COMPASSIONATE RELEASE** |

  The United States and defendant Carissa Carpenter, by and through her attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to modify the due date for the reply brief relating to Ms. Carpenter's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF no. 207.

  The parties agree and stipulate as follows:

  1.  The government filed an opposition to Ms. Carpenter's motion on May 4, 2020, ECF no. 210. Pursuant to Local Rule 430.1(e), any reply to the government's opposition was due on May 7, 2020.

  2.  Ms. Radekin is in the process of attempting to locate a doctor or other medical expert to review Ms. Carpenter's medical records and provide an opinion as to the risk to Ms. Carpenter from infection with COVID-19 given her particular medical situation.  To allow Ms. Radekin the additional time she requests to attempt to locate such an expert, the parties agree to modify the due date for the

1

reply brief to **May 15, 2020**.

IT IS SO STIPULATED.

                                Respectfully submitted,

Dated: May 12, 2020                  McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Christina McCall
                                CHRISTINA McCALL
                                Assistant United States Attorney

                                /s/ Rosanne Rust
                                ROSANNE RUST
                                Assistant United States Attorney


Dated: May 12, 2020                  /s/ Erin J. Radekin
                                ERIN J. RADEKIN
                                Counsel for Defendant
                                CARISSA CARPENTER

**ORDER**

IT IS SO ORDERED this 13th day of May, 2020.

                                Troy L. Nunley
                                United States District Judge