McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0309-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| CARISSA CARPENTER, | |
| Defendant. | |

**STIPULATION**

1. Defendant Carissa Carpenter filed a motion for reconsideration of the denial of her prior compassionate release motion on August 5, 2020. Docket No. 225. Pursuant to local rule, the government's response is due by August 12, 2020, and any reply due August 15, 2020. Government counsel requests additional time to obtain medical and other pertinent records from the United States Bureau of Prisons and draft the response brief.

2. Counsel for the defendant does not oppose this request, and requests additional time to prepare the reply brief.

2. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 225, be due on August 19, 2020; and

    b) The defense reply, if any, will be due on August 26, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: August 11, 2020

*/s/ Christina McCall*
CHRISTINA McCALL
Assistant United States Attorney

Dated: August 11, 2020

/s/ *Erin J. Radekin*
ERIN J. RADEKIN
Counsel for Defendant Carissa Carpenter

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)     The government's opposition or response to defendant's motion, Docket No. 225, is due on August 19, 2020;

    b)     The defense reply, if any, will be due on August 26, 2020.

IT IS SO ORDERED.

DATED: August 11, 2020

Troy L. Nunley
United States District Judge