**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CARISSA CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-309-TLN-EFB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER MODIFYING DUE DATE FOR REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR RECONSIDERATION OF DENIAL OF EMERGENCY MOTION TO REDUCE SENTENCE** |
| **CARISSA CARPENTER,** | |
| Defendant. | |

The United States and defendant Carissa Carpenter, by and through her attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to modify the date due for the reply brief to the United States's Opposition to Ms. Carpenter's Motion for Reconsideration of Denial of Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(i), ECF no. 225.

The parties agree and stipulate as follows:

1. The government filed an opposition to Ms. Carpenter's motion on August, 19, 2020. ECF no. 228. Pursuant to this Court's order on August 11, 2020, any reply to the government's opposition is due on August 26, 2020, see ECF no. 227.

2. The parties agree modification of the date due for the reply is warranted to allow Ms. Radekin

and the government time to obtain the results of a recent COVID-19 test taken by Ms. Carpenter that are not included in the records the parties possess, which go through August 13, 2020. It is Ms. Radekin's understanding that Ms. Carpenter was recently retested and may now be positive with COVID-19, but it is unclear. It is the defense's position that whether Ms. Carpenter has already been infected by COVID-19 can change the assessment of her risk while housed as FCI Carswell and is thus relevant to whether she can show extraordinary and compelling grounds for compassionate release. Accordingly, the parties agree to modify the date due for the reply brief to **September 2, 2020**.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 26, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|  | /s/ Christina McCall<br>CHRISTINA McCALL<br>Assistant United States Attorney |
|  | /s/ Rosanne Rust<br>ROSANNE RUST<br>Assistant United States Attorney |
| Dated: August 26, 2020 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Counsel for Defendant<br>CARISSA CARPENTER |

**ORDER**

IT IS SO ORDERED this 27th day of August, 2020.

Troy L. Nunley
United States District Judge