UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00309-TLN |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CARISSA CARPENTER, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that Exhibit A to Defendant's Reply to the Government's Opposition to Defendant's Motion for Reconsideration of Denial of Compassionate Release, and the Defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's request, sealing Defendant's Request and Exhibit A serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  In light of the public filing of its notice of request to seal, the Court further finds that

there are no additional alternatives to sealing Defendant's exhibit that would adequately protect the compelling interests identified by Defendant.

DATED:  September 2, 2020

                                              Troy L. Nunley
                                              United States District Judge