UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CARISSA CARPENTER,<br><br>   Defendant. | CASE NO.  2:14-CR-00309-TLN<br><br>**ORDER** |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Requests to Seal, IT IS HEREBY ORDERED that Exhibits 1, 2, and Additional Exhibit 4 to Government's Opposition to Defendant's Motion for Reconsideration of Denial of Compassionate Release, pertaining to Defendant Carissa Carpenter ("Defendant"), and the Government's Requests to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's request, sealing the Governments's Request and Exhibits 1, 2, and Additional Exhibit 4 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling

interests identified by the Government would be harmed.  In light of the public filing of its notice of request to seal, the Court further finds that there are no additional alternatives to sealing the Government's exhibits that would adequately protect the compelling interests identified by the Government.

DATED:  September 2, 2020

                                                                   Troy L. Nunley
                                                                   United States District Judge