UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00309-TLN |
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| CARISSA CARPENTER, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that Exhibit 3 to Government's Opposition to Defendant's Motion for Reconsideration of Denial of Compassionate Release, pertaining to Defendant Carissa Carpenter, and the Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant, Carissa Carpenter.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Governments's Request and Exhibit 3 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. In light of the public filing of its notice of request to seal, the Court

1

1 further finds that there are no additional alternatives to sealing the Government's exhibits that would
2 adequately protect the compelling interests identified by the Government.
3     IT IS SO ORDERED.
4 DATED: September 30, 2020

_____
Troy L. Nunley
United States District Judge