ALAN S. LEWIS (admitted *pro hac vice*)
lewis@clm.com
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(917) 533-2524

GEORGE C. HARRIS (Bar No. 111074)
gharris@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, California 94607
(510) 906-4903

*Attorneys for Defendant Carissa Carpenter*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO.: 2:14-CR-00309-TLN |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME** |
| **CARISSA CARPENTER**, | |
| Defendant. | |

On February 4, 2022, Defendant Carissa Carpenter requested a seven (7) day extension of time to file a reply in further support of the motion for modification of conditions of supervised release.

IT IS HEREBY ORDERED that Defendant's request for an extension is granted. The Defendant's reply is now due February 14, 2022.

Dated: February 4, 2022

Troy L. Nunley
United States District Judge

1